September 25, 2009

Ms. Lynne Liberato
Haynes and Boone, LLP
One Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010-2007

Mr. Robert M. Tramuto
Jones, Granger, Tramuto, Christy & Halstead
P.O. Box 4340
Houston, TX 77210
Honorable Karen H. Pozza
Judge, Bexar County Courthouse
100 Dolorosa, 4th Floor
San Antonio, TX 78205

RE: Case Number: 08-0740
 Court of Appeals Number: 04-08-00388-CV
 Trial Court Number: 2005-CI-18347 & 2006-CI-08844

Style: IN RE UNION PACIFIC RAILROAD COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Keith E. Hottle |